

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-14-00091-CV

Melissa **HERNANDEZ**,
Appellant

v.

Andres **BUENO**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-0352114-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record stating that the appellant, Melissa Hernandez, has failed to pay or make arrangements to pay the fee for preparing the clerk's record and that Hernandez is not entitled to appeal without paying the fee.

We, therefore, ORDER Hernandez to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) Hernandez is entitled to appeal without paying the clerk's fee. If Hernandez fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court